UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOZEF GARAN,

                        Plaintiff,

-v-

SOCIAL SECURITY ADMINISTRATION, et al.,

                        Defendants.

CIVIL ACTION NO. 25 Civ. 2530 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court received Plaintiff's letters regarding his filings in the Supreme Court of the State of New York, New York County (ECF No. 8), and concerning the Court's Standing Order applicable to social security cases that he received by mail from the Clerk of Court (ECF No. 9).

Mr. Garan expressed concern that the Clerk of Court mailed the Standing Order to him from the White Plains courthouse rather than the 500 Pearl Street courthouse. To clarify for Mr. Garan, this case is assigned to the Manhattan Division of the United States District Court for the Southern District of New York at 500 Pearl Street, New York, New York, before the Honorable Gregory H. Woods. On April 1, 2025, Judge Woods referred the case to the undersigned—which means that the parties shall address all motions and applications to Judge Cave. (ECF No. 7). Mr. Garan need not worry that he received mailed copies of orders and filings in this case from the White Plains courthouse instead of the 500 Pearl Street courthouse.

This case shall proceed in the ordinary course.

Dated:     New York, New York
            April 11, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**