UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOZEF GARAN,

                              Plaintiff,

   -v-

SOCIAL SECURITY ADMINISTRATION, et al.,

                              Defendants.

CIVIL ACTION NO. 25 Civ. 2530 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

      Plaintiff Jozef Garan notified the Court that Defendants delivered to him a form of Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (the "Form"), which Plaintiff did not sign because the Court had not ordered him to sign it. (ECF No. 16).

      Plaintiff is advised that it is ordinary practice for Defendants to deliver the Form to a pro se plaintiff in social security actions. For clarity, if both parties sign the Form, it means that all further proceedings in this case will be conducted under the supervision of Magistrate Judge Cave, and Judge Woods would no longer be assigned to the case. Only the parties can decide whether to consent to Magistrate Judge Cave's jurisdiction for all purposes in this case. The Court cannot order Plaintiff to sign the Form if he does not consent to Magistrate Judge jurisdiction for all purposes.

      In light of the foregoing, it is ORDERED that the deadline for the parties to notify the Court whether they consent to Magistrate Judge jurisdiction for all purposes—in other words, that Judge Cave will supervise all further proceedings in this case and Judge Woods will no longer be assigned to the case—is **EXTENDED** up to and including **May 16, 2025**. Defendants delivered the Form to Plaintiff as a courtesy. If Plaintiff consents to Magistrate Judge jurisdiction for all purposes, he may sign the Form and return it to Defendants. If Plaintiff does not consent to Magistrate Judge jurisdiction for all purposes, he shall promptly notify Defendants of his decision.

Dated: New York, New York
May 5, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2