UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOZEF G.,

                Plaintiff,

-v-

SOCIAL SECURITY ADMINISTRATION, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 2530 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pro se Plaintiff Jozef Garan submitted a letter clarifying the parties' so-ordered briefing schedule. (ECF No. 23). Plaintiff is correct that the Commissioner's letter proposing a briefing schedule includes a typographical error: the Commissioner shall file the administrative record on or before July 26, 2025, not July 26, 2024. (See ECF No. 22).

For the avoidance of doubt, the applicable briefing schedule is as follows:

- On or before **July 26, 2025**, the Commissioner shall file the administrative record

- On or before **September 24, 2025**, Plaintiff shall file a motion for judgment on the pleadings, which the Commissioner identified as a "motion to remand." (See ECF No. 22).

- On or before **November 23, 2025**, the Commissioner shall file a response and/or a cross-motion

- On or before **December 7, 2025**, Plaintiff may file a reply

Dated:      New York, New York
             June 17, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**