UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOZEF GARAN,

                     Plaintiff,

-v-

SOCIAL SECURITY ADMINISTRATION,

                     Defendant.

CIVIL ACTION NO. 25 Civ. 2530 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Standing Order staying certain civil cases pending the restoration of Department of Justice funding (Dkt. No. 34–35) and the government shutdown having ended as of November 12, 2025, the stay in this case is LIFTED. Accordingly, the parties are directed to adhere to the following deadlines:

- Commissioner shall file the certified administrative record by **January 5, 2026**;

- Plaintiff shall file his motion for remand (the "Motion") by **March 9, 2026**;

- Commissioner shall file its response to the Motion/cross-motion by **April 8, 2026**;

- Plaintiff shall file his reply in further support of the Motion by **April 29, 2026**.

Dated:      New York, New York
             November 18, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge