UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOZEF G.,<br><br>                              Plaintiff,<br><br>       -v-<br><br>SOCIAL SECURITY ADMINISTRATION, <u>et</u> <u>al</u>.,<br><br>                              Defendants. | CIVIL ACTION NO. 25 Civ. 2530 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

On January 5, 2026, the Social Security Administration ("Commissioner") filed a motion to dismiss the complaint (Dkt. No. 1 (the "Complaint")).  (Dkt. No. 41–46 (the "Motion")).  <u>Pro</u> <u>se</u> Plaintiff Jozef G. ("Plaintiff") has since received two copies of the Motion in the mail. (Dkt. Nos. 46; 48; Dkt. Entry dated Jan. 14, 2026).  Pursuant to the Court's Order at Dkt. No. 38, Plaintiff was directed to file his motion for remand by March 9, 2026, following the Commissioner's filing of the certified administrative record ("CAR").  (Dkt. No. 38).  Given that the Commissioner filed the Motion rather than a CAR, the briefing schedule set forth in the Court's Order at Dkt. No. 38 is **AMENDED** as follows:

- Plaintiff shall file his response to the Motion by **March 9, 2026**;

- Commissioner shall file its reply in further support by **April 8, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Garan at 14 Mulberry St., Apt. 3F, Yonkers, NY 10701.

Dated:        New York, New York
              January 21, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**