UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOZEF G.,

Plaintiff,

-v-

SOCIAL SECURITY ADMINISTRATION, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 2530 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Jozef G.'s ("Plaintiff") letter dated April 20, 2026. (Dkt. No. 51 (the "Letter")).  In the Letter, Plaintiff states that the "Commissioner failed to meet [his] April 8, 2026, deadline" to respond to Plaintiff's motion for remand pursuant to the briefing schedule (the "Briefing Schedule") set forth in the Court's Order dated November 18, 2026 (Dkt. No. 38) and attaches the Court's Order at Dkt. No. 38.  (Id.)  On January 21, 2026, however, given that the Commissioner filed a motion to dismiss (Dkt. No. 41 (the "Motion")) instead of a certified administrative record, the Court amended the Briefing Schedule.  (Dkt. No. 49 (the "Amended Briefing Schedule")).[1]  Pursuant to the Amended Briefing Schedule, the Commissioner's deadline to file his reply in further support of the Motion was April 8, 2026. (Dkt. No. 49).  The Commissioner, however, is not required to file a reply.  Accordingly, given that the Commissioner did not file a reply, the Court deems the Motion fully briefed and notes that no further submissions are required.  The Court will issue a decision on the Motion in due course.

---

[1] The Court attaches a copy of the Order at Dkt. No. 49 setting forth the Amended Briefing Schedule for Plaintiff's convenience.  (Dkt. No. 49).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at

14 Mulberry St., Apt. 3F, Yonkers, NY 10701.

Dated:      New York, New York
            April 22, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOZEF G.,

Plaintiff,

-v-

SOCIAL SECURITY ADMINISTRATION, <u>et</u> <u>al.</u>,

Defendants.

CIVIL ACTION NO. 25 Civ. 2530 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On January 5, 2026, the Social Security Administration ("Commissioner") filed a motion to dismiss the complaint (Dkt. No. 1 (the "Complaint")).  (Dkt. No. 41–46 (the "Motion")).  <u>Pro</u> <u>se</u> Plaintiff Jozef G. ("Plaintiff") has since received two copies of the Motion in the mail. (Dkt. Nos. 46; 48; Dkt. Entry dated Jan. 14, 2026).  Pursuant to the Court's Order at Dkt. No. 38, Plaintiff was directed to file his motion for remand by March 9, 2026, following the Commissioner's filing of the certified administrative record ("CAR").  (Dkt. No. 38).  Given that the Commissioner filed the Motion rather than a CAR, the briefing schedule set forth in the Court's Order at Dkt. No. 38 is **AMENDED** as follows:

- Plaintiff shall file his response to the Motion by **March 9, 2026**;

- Commissioner shall file its reply in further support by **April 8, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Garan at 14 Mulberry St., Apt. 3F, Yonkers, NY 10701.

Dated:      New York, New York
            January 21, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**